THOMAS E. MOSS
UNITED STATES ATTORNEY
**MICHAEL J. FICA**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-0243 E BLW |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| ) | **18 U.S.C. § 111** |
| DENNIS DIXEY ) | **18 U.S.C. § 113(a)(3)** |
| Defendant. ) | **18 U.S.C. § 1153** |

**The Grand Jury charges:**

**COUNT ONE**
**ASSAULT ON A FEDERAL OFFICER**
**(18 U.S.C. § 111(a)(1) and (b))**

On or about October 4, 2005, in the District of Idaho, the defendant, **DENNIS DIXEY**, knowingly, and by means and use of a dangerous weapon, that is a 1998 Chevrolet Astro Van, Idaho license number DIXEY, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Sgt. Jesse Rodriguez, a Fort Hall Police Department Patrol Officer, and Det. Ryan M. Blackhawk, a Detective with the Fort Hall Police Department, both federal officers by virtue

**INDICTMENT - 1**

of Title 25, United States Code, Section 2804(f), while they were engaged in the performance of their official duties, by swerving toward Sgt. Rodriguez and Det. Blackhawk in an attempt to strike both officers while they were attempting to have the defendant stop the vehicle the defendant was driving, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT TWO
## RESISTING A FEDERAL OFFICER
## (18 U.S.C. § 111(a)(1) and (b))

On or about October 4, 2005, in the District of Idaho, the defendant, **DENNIS DIXEY**, knowingly, and by means and use of a dangerous weapon, that is a 1998 Chevrolet Astro Van, Idaho license number DIXEY, did forcibly resist, oppose, impede, and interfere with Sgt. Jesse Rodriguez, Officer Lloyd Elk, and Officer Thaddius Mitchell, Fort Hall Police Department Patrol Officers and federal officers by virtue of Title 25, United States Code, Section 2804(f), while they were engaged in the performance of their official duties, by failing to pull over his vehicle when directed to by the officers and then fleeing from the officers at a high rate of speed while they pursued him; in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT THREE
## ASSAULT WITH A DANGEROUS WEAPON
## (18 U.S.C. §§ 113(a)(3) and 1153)

On or about October 4, 2005, in the District of Idaho, and within the Fort Hall Shoshone Bannock Indian Reservation, the Defendant, **DENNIS DIXEY**, an Indian, did intentionally commit an assault with a dangerous weapon, to wit: a 1998 Chevrolet Astro Van, Idaho license number DIXEY, with intent to do bodily harm to Idaho State Police Sgt. Matt Manning by attempting to strike Sgt. Manning with the Chevrolet Astro Van, by driving toward Sgt. Manning at a high rate of speed and by striking Sgt. Manning's patrol car, all in violation of Title 18,

**INDICTMENT - 2**

United States Code Sections 113(a)(3) and 1153.

DATED this 22nd day of November, 2005.

**A TRUE BILL:**

/s/ signed on back
FOREPERSON

THOMAS E. MOSS
United States Attorney
by:

MICHAEL J. FICA
Assistant United States Attorney

**INDICTMENT - 3**