UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>DENNIS DIXEY,<br><br>        Defendant,<br><br>and<br><br>SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION and the FORT HALL HOUSING AUTHORITY,<br><br>        Garnishee(s). | Case No. 4:05-cr-00243-BLW<br><br>**GARNISHMENT DISPOSITION ORDER** |

      Before the Court is the United States' Motion for Garnishment Disposition Order. (Dkt. 41.) The Court entered a Writ of Continuing Garnishment (Dkt. 36), directed to Garnishees, Shoshone-Bannock Tribes of The Fort Hall Reservation and the Fort Hall Housing Authority, and it was served upon the Garnishees (*see* Dkt. 37). Pursuant to the Writ of Continuing Garnishment, Garnishees filed answers. (Dkts. 38-40.) For Garnishee, Fort Hall Housing Authority, it indicated that it has in its possession or under its control non-exempt property belonging to and due Defendant, Dennis Dixey, and that it was indebted to Defendant because

ORDER OF GARNISHMENT – 1

Defendant works for it.  (*See* Dkt. 39.)  For Garnishee, Shoshone-Bannock Tribes of The Fort Hall Reservation, it disclosed that Defendant is a member of the Tribe and that the Tribe's Fort Hall Business Council periodically may authorize per capita gaming distributions to members.  (Dkt. 40.)

On January 14, 2022, Defendant received notice of a right to a hearing and has not requested a hearing nor filed any claim of exemption, objection, or other pleading in opposition to the garnishment or to the answers of Garnishees.

THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 3205(c)(7) and 15 U.S.C. § 1673(a), Garnishees shall pay to Plaintiff, United States of America, upon completion of any prior garnishments currently being honored, the following:

- The lesser of: (1) twenty-five percent (25%) of the Defendant's disposable earnings or (2) the amount by which the Defendant's disposable earnings exceed thirty times the federal minimum hourly wage, currently $7.25 per hour; and

- Any per capita gaming distributions now or in the future authorized to be disbursed to Defendant.

Payments shall be made payable to the Clerk of the U.S. District Court, and delivered or mailed to 550 West Fort Street, Boise, Idaho 83724.

ORDER OF GARNISHMENT – 2

IT IS FURTHER ORDERED that Garnishees shall continue said payments until Defendant's debt to the United States is paid in full or until the garnishment is otherwise terminated pursuant to 28 U.S.C. § 3205(c)(10); provided, however, that the requirement to pay Defendant's per capita gaming distributions shall continue until the debt is paid in full.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 3011(a), the United States shall recover as part of this garnishment a surcharge of 10% of the amount of the outstanding debt.

The Clerk of the Court shall mail a copy of this Order to the Defendant and to the Garnishees.

DATED: May 31, 2022

_____
B. Lynn Winmill
U.S. District Court Judge